| STATE OF LOUISIANA | NO. 25-KM-397 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| KEVIN WISE | COURT OF APPEAL |
| | STATE OF LOUISIANA |

September 29, 2025

Linda Tran
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
John J. Molaison, Jr., and Timothy S. Marcel

## <u>DENIED WITH REASONS</u>

**FHW**
**JJM**
**TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

**WICKER, J.**

This matter comes before the Court on Relator's Application for Rehearing from this court's August 29, 2025 denial of his Motion for Change of Venue, Transfer to the Louisiana Supreme Court and Request for Appeal, filed in this court on August 28, 2025 in relator's application for post-conviction Relief, currently pending before this court. In his underlying application for post-conviction relief in *State of Louisiana v. Kevin Wise*, 25-KH-218, relator seeks review of trial court rulings in 24th Judicial District Court cases 12-632 and 12-633. Venue of the supervisory review of the trial court's denial of the underlying application for post-conviction relief properly lies before this court. As in his motion for rehearing Relator provides no independent legal or factual basis upon which to grant his motion for change of venue, rather reiterates the central focus of his currently pending Application for Post-Conviction Relief, this Application for Rehearing is denied.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/29/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**25-KM-397**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

Thomas J. Butler (Respondent)

### MAILED

Kevin Wise #213841 (Relator)

Louisiana State Penitentiary
Angola, LA 70712